**Order entered September 12, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01005-CV

**GEORGE A. GILES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 007-85204-2015**

## ORDER

Before the Court is appellant's September 10, 2018 motion to transfer this appeal to the criminal docket. As the appeal concerns a misdemeanor offense, we **GRANT** the motion and **DIRECT** the Clerk of the Court to change the cause number to 05-18-01005-CR.

/s/    DAVID EVANS
         JUSTICE